◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v UMAR DELGADO, Appellant. [771 NYS2d 666]—

Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered March 21, 2001, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 4 years, unanimously affirmed.

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, which are supported by the record (*see People v Prochilo*, 41 NY2d 759, 761 [1977]). The police were entitled to

pursue defendant when he fled after committing a violation in their presence (*see People v Bothwell,* 261 AD2d 232, 234-235 [1999], *lv denied* 93 NY2d 1026 [1999]).

In addition to being waived by his guilty plea (*People v Mercado,* 265 AD2d 177 [1999], *lv denied* 94 NY2d 826 [1999]; *People v Rojas,* 169 AD2d 464 [1991], *lv denied* 77 NY2d 966 [1991]), defendant's *Rosario* claim is both unpreserved (*People v Pines,* 298 AD2d 179 [2002], *lv denied* 99 NY2d 562 [2002]) and unsupported by the record.

We perceive no basis for reducing the sentence. Concur— Nardelli, J.P., Mazzarelli, Saxe and Lerner, JJ.